USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF: UNITED STATES OF AMERICA

COURT CASE NUMBER: MISC. NO. 2:06MC 3343-MHT

DEFENDANT: ROBERT H. CLEMENTS, JR.

TYPE OF PROCESS: Application, Instruc., Notice, Writ & Debt Coll. Notice

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ROBERT H. CLEMENTS, JR.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 4960 Paddock Club Circle, Apt. D, Montgomery, AL 36116

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U. S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 2
Check for service on U.S.A.

RECEIVED 2006 OCT 26 P 3:08 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

DOB: 1957
SSN: 3415

Employer: KForce Flexible Solutions, LLC, 1001 E. Palm Avenue, Tampa, FL 33605
ATTN: Payroll

Signature of Attorney other Originator requesting service on behalf of: [signature] ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 334-223-7280

DATE: 10/23/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 2 | No. 2 | K Chavers | 10/26/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Dedra M. Clements

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above): 6240 Atlanta Hwy. Montgomery

Date: 11/1/06 Time: 1530 pm

Signature of U.S. Marshal or Deputy: [signature] 3984

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45 | 13.35 | ∅ | 58.35 | ∅ | $0.00 |

REMARKS: 1 Endeavor @ 45.00 + 30 miles @ 13.35
served subject's wife

RETURNED AND FILED NOV 3 2006 CLERK U. S. DISTRICT COURT MIDDLE DIST. OF ALA.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00