AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

_____ DISTRICT OF _____

**BILL OF COSTS**

V.

Case Number: _____

Judgment having been entered in the above entitled action on _____ against _____,
*Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ............................................................ $ _____

Fees for service of summons and subpoena ................................ _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case _____

Fees and disbursements for printing ....................................... _____

Fees for witnesses (itemize on reverse side) ............................. _____

Fees for exemplification and copies of papers necessarily obtained for use in the case ............ _____

Docket fees under 28 U.S.C. 1923 ........................................ _____

Costs as shown on Mandate of Court of Appeals ........................... _____

Compensation of court-appointed experts .................................. _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... _____

Other costs (please itemize) .............................................. _____

TOTAL $ _____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

_____ .

Signature of Attorney: _____

Name of Attorney: _____

For: _____ Date: _____
*Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
*Clerk of Court*        *Deputy Clerk*        *Date*

This form was electronically produced by Elite Federal Forms, Inc.