AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

ROBERT CLEMENTS, JR.

**BILL OF COSTS**

2:06mc3343-MHT

Case Number: ~~2:06MC3348-MHT~~

Judgment having been entered in the above entitled action on __1/22/1992__ (Date) against __Robert Clements, Jr.__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 104.81 |
| See Documents 3 and 4 (Acknowledgement of Service)       TOTAL $ | 104.81 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Robert Clements, 4960 Paddock Club Circle, Montgomery, Alabama 36116.

Signature of Attorney: /s/ R. Randolph Neeley

Name of Attorney: R. Randolph Neeley

For: United States Attorney   Date: 11/30/2006
Name of Claiming Party

Costs are taxed in the amount of $104.81   and included in the judgement.

*Debra P. Hackett*   By: Charlene Campbell   12-1-06
Clerk of Court       Deputy Clerk              Date

This form was electronically produced by Elite Federal Forms, Inc.