# Answer of Garnishee/Unable to Withhold

03/16/2007

RECEIVED

2007 MAR 23 A 9: 35

  A P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CLERK, US DISTRICT COURT
POST OFFICE BOX 711

MONTGOMERY, AL 36101


Re:   Insufficient Disposable Income

Case Identifier:        206MC3343M
Obligor Name:           CLEMENTS JR, ROBERT
Obligor Status:         Active
Obligor Status Date:    02/20/2007
Employer Name:          KFORCE
Payroll Check Date:     03/16/2007

To Whom It May Concern:

Due to insufficient disposable income, the above employee did not have a deduction for the payroll check date noted above.

---

ADP Financial and Compliance Services is remitting this notice on behalf of the above employer. All questions concerning this remittance should be directed to (866) 324-5191

ADP Financial and Compliance Services
By:  *[signature]*
Name: Lynn Demshock
Title:   V.P. of Garnishment Services


KFC1    Under the penalties provided by applicable law, ADP Financial and Compliance Services certifies that the statements set forth in this instrument are true and correct and that, to the extent required by applicable law, a copy of this completed Response / Answer has either been mailed or hand delivered to the Debtor / Obligor and all parties required by law.