IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff. ) | |
| ) | CIVIL ACTION NO. |
| ) | 2:06mc3343-MHT |
|    v. ) | (WO) |
| ) | |
| KFORCE FLEXIBLE SOLUTIONS, ) | |
| LLC, ) | |
| ) | |
|    Garnishee, ) | |
| ) | |
| ROBERT H. CLEMENTS, ) | |
| ) | |
|    Defendant. ) | |

ORDER

Upon consideration of garnishee KForce Flexible Solutions's answer (Doc. No. 7) asserting that there is no garnishable income, it is ORDERED that plaintiff United States of America and defendant Robert H. Clements show cause, if any there be, in writing by April 18, 2007, as to why the writ of garnishment (Doc. No. 2)

should not be dissolved and the application for the writ (Doc. No. 1) denied.

DONE, this the 4th day of April, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**