IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06mc3343-MHT |
| ) | (WO) |
| KFORCE FLEXIBLE SOLUTIONS, ) | |
| LLC, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| ROBERT H. CLEMENTS, ) | |
| ) | |
| Defendant ) | |

RESPONSE TO COURT'S ORDER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, responds as follows to the Court's Order dated April 4, 2007:

1. On October 23, 2006, plaintiff filed a garnishment against KForce Flexible Solutions, LLC.

2. Commencing January 8, 2007 through April 2, 2007, plaintiff has received weekly payments from the garnishee.

3. On March 23, 2007, the garnishee, KForce Flexible Solutions, LLC, filed an Answer advising that "Due to insufficient disposable income, the above employee did not have a deduction for the payroll check dated above."

4. On April 5, 2007, plaintiff called garnishee, KForce Flexible Solutions, LLC, to inquire as to whether the defendant was still employed by the garnishee. Plaintiff was advised

by garnishee, KForce Flexible Solutions, LLC, that the defendant is still employed by garnishee; however, due to insufficient disposable income for payroll check dated March 16, 2007, the employee did not have a deduction.

5. Plaintiff hereby request that the garnishment filed in this case against KForce Flexible Solutions, LLC, garnishee, be continued.

Respectfully submitted this  9th  day of   April  , 2007.

                                        LEURA G. CANARY
                                        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail:  **rand.neeley@usdoj.gov**

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Robert H. Clements
4960D Paddock Club Circle
Montgomery, AL 36116

KForce Flexible Solutions, LLC
1001 East Palm Avenue
Tampa, FL 33605

                                        s/R. Randolph Neeley
                                        Assistant United States Attorney