IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br> Plaintiff, )<br> ) CIVIL ACTION NO.<br> v. ) 2:06mc3343-MHT<br> ) (WO)<br>KFORCE FLEXIBLE SOLUTIONS, )<br>LLC, )<br> )<br> Garnishee, )<br> )<br>ROBERT H. CLEMENTS, )<br> )<br> Defendant. ) | |

**ORDER**

In its response filed on April 9, 2007 (doc. no. 9), the plaintiff requests that the garnishment writ continue so as to see if the debtor's disposable income should in the future become sufficient for garnishment.

Accordingly, it is ORDERED that garnishee KForce Flexible Solutions, LLC, show cause, if any there, in writing by July 27, 2007, as to why the writ of

garnishment should not continue in general as requested by plaintiff.

   DONE, this the 9th day of July, 2007.


                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**