IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>   Plaintiff,    )<br>    )<br>   v.    )<br>    )<br>KFORCE FLEXIBLE SOLUTIONS, )<br>LLC,    )<br>    )<br>   Garnishee,    )<br>    )<br>ROBERT H. CLEMENTS,    )<br>    )<br>   Defendant. | CIVIL ACTION NO.<br>2:06mc3343-MHT |

ORDER

In its response filed on April 9, 2007 (Doc. No. 9), the plaintiff requested that the garnishment writ continue so as to see if the debtor's disposable income should in the future become sufficient for garnishment. On July 9, 2007 (Doc. No. 10), the court ordered that garnishee Kforce Flexible Solutions, LLC, show cause, if any there be, in writing by July 27, 2007, as to why the writ of garnishment should not continue in general as requested by plaintiff. No objection was filed.

Accordingly, it is ORDERED that the garnishment writ shall continue so as to see if the debtor's disposable income should in the future become sufficient for a garnishment, and, if it should, garnishee Kforce Flexible Solutions, LLC, shall garnish the income as the writ directs.

DONE, this the 17th day of August, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**