

Date: **1-29-07**

Employer:  Kforce Inc. & Subsidiaries
FEIN: 59-3264661
1001 East Palm Avenue
Tampa, Fl 33605

To Whom It May Concern:

This is to notify you that **Roger Clements Jr.**

SSN last 4 digits: XXX-XX-**3415**

Case Identifier: **2:06mc3343-MHT**

☑ No longer works for Kforce Inc. as of **1-22-08**. Do not know who the current employer is.

☐ We have no record of this person.

☐ The name and/or Social Security number does not match what we have on file.

☐ Has a child support or other priority order. We will withhold money permitted by law.

☐ Has not been terminated but has not worked since _____. (Kforce is a staffing agency).

☑ Other:
**Last Known Address:**
**4960 D Paddock Club Cir.**
**Montgomery, AL 36116**

Thank you,

Kforce Inc & Subsidiaries

If you have any questions, please contact the Kforce Corporate Helpdesk. The number is 1-888-435-7957 option #1, then option # 4.   You will receive a ticket number and someone will call you back.