IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | MISC. NO. 2:06MC3343-MHT |
| ) | |
| **KFORCE FLEXIBLE SOLUTIONS, LLC,** ) | |
| **TAMPA, FL,** ) | |
| ) | |
| **Garnishee,** ) | |
| ) | |
| **ROBERT H. CLEMENTS,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS GARNISHMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Writ of Garnishment issued in the above case against KFORCE Flexible Solutions, LLC, Tampa, FL, garnishee, on the ground that the defendant is no longer employed with the company.

Respectfully submitted February 4, 2008.

                                  LEURA G. CANARY
                                  UNITED STATES ATTORNEY

                  BY:   /s/ R/ Randolph Neeley
                           R. RANDOLPH NEELEY
                           Assistant United States Attorney
                           Bar No. 9083 E56R

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Motion to Dismiss Garnishment upon KFORCE Flexible Solutions, LLC, Tampa, FL, garnishee; and Robert H. Clements, defendant, by mailing a copy of same, first class, postage prepaid, addressed to them at KFORCE Flexible Solutions, LLC, Tampa, FL, and Robert H. Clements, 1001 East Palm Avenue, Tampa, FL   33605,  4960 D Paddock Club Circle, Montgomery, AL   36116, respectively, this date, February 4, 2008.

                                                /s/ R. Randolph Neeley
                                                Assistant United States Attorney

P. O. Box 197
Montgomery, Alabama 36101
Phone: (334) 223-7280
FAX:   (334) 223-7201

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. NO. 2:06MC3343-MHT |
| ) | |
| KFORCE FLEXIBLE SOLUTIONS, LLC, ) | |
| TAMPA, FL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| ) | |
| ROBERT H. CLEMENTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Motion of the United States to Dismiss Garnishment filed herein on February 4, 2008, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to KFORCE Flexible Solutions, LLC, Tampa, FL, be and the same is hereby dismissed.

DONE this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE