IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MISC. NO. 2:06MC3343-MHT |
| | ) |
| **KFORCE FLEXIBLE SOLUTIONS, LLC,** | ) |
| **TAMPA, FL,** | ) |
| | ) |
| Garnishee, | ) |
| | ) |
| | ) |
| **ROBERT H. CLEMENTS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Motion of the United States to Dismiss Garnishment filed herein on February 4, 2008 (Doc. No. 13), being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to KFORCE Flexible Solutions, LLC, Tampa, FL, be and the same is hereby dismissed.

DONE, this the 4th day of February, 2008.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE